

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:                        01-14-00984-CV

Style:                        Tiffany Thomas

                        **v.** T. Jayakumar, First Street Hospital, and First Surgical Partners, LLC

Date motion filed[*]:                        January 30, 2015

Type of motion:                        Appellees' motion for recusal of the Honorable Chief Justice Sherry Radack

Party filing motion:                        Appellees First Street Hospital and First Surgical Partners, LLC

Document to be filed:

Is appeal accelerated?                No

If motion to extend time:
        Original due date:
        Number of previous extensions granted:                Current Due date:
        Date Requested:

Ordered that motion is:

☑        Granted

        If document is to be filed, document due:

        ☐        The Court will not grant additional motions to extend time absent extraordinary circumstances.

☐        Denied

☐        Dismissed (*e.g.*, want of jurisdiction, moot)

☐        Other: _____

    *See* TEX. R. APP. P. 16.3.

Judge's signature:    /s/ Chief Justice Sherry Radack
                ☑    Acting individually        ☐    Acting for the Court

Panel consists of  _____

Date:  February 12, 2015